In the Matter of SAMUEL HURWITZ, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant, et al., Tenant.

Argued May 17, 1954; decided July 14, 1954.

*Emory Gardiner* and *Robert H. Schaffer* for appellant.

*Isaac Anolic* for respondent.

Order affirmed, with costs; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ,